**Fill in this information to identify the case:**

**Debtor 1**  Daniel G Steffes

**Debtor 2**  April L Steffes
(Spouse, if filing)

United States Bankruptcy Court for the : Eastern    District of   Wisconsin
                                                                 (State)

**Case number**   17-30357-kmp

Official Form 410S1
# Notice of Mortgage Payment Change                     12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:**  LEGACY MORTGAGE ASSET TRUST 2017-GS1

**Court claim no.** (if known):  8

**Last four digits** of any number you use to identify the debtors' account:  XXXXXX8542

**Date of payment change:**
Must be at least 21 days after date of this notice     12/1/2020

**New total payment:**
Principal, interest, and escrow, if any     $1,268.78

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtors' escrow account payment?**

   ☐ No
   ☒ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.  Describe the basis for the change.  If a statement is not attached, explain why: _____
   _____

   **Current escrow payment:**    $ 290.07        **New escrow payment :**    $ 288.65

### Part 2: Mortgage Payment Adjustment

2. **Will the debtors' principal and interest payment change based on an adjustment to the interest rate in the debtors' variable-rate account?**

   ☒ No
   ☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.  If a notice is not attached, explain why: _____

   **Current interest rate:**       %           **New interest rate:**        %
   **Current principal and interest payment:**    $ _____     **New principal and interest payment:**     $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtors' mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes.  Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   **Current mortgage payment:**        $ _____     **New mortgage payment:**     $ _____

| Debtor 1 | **Daniel G Steffes** | Case number *(if known)* 17-30357-kmp |
|---|---|---|
| | First Name   Middle Name   Last Name | |

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

- ☐ I am the creditor.
- ☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/Dana O'Brien                                        Date   10/19/2020
   Signature

| Print: | Dana | O'Brien | Title | Authorized Agent for Creditor |
|---|---|---|---|---|
| | First Name   Middle Name | Last Name | | |

Company   McCalla Raymer Leibert Pierce, LLC

Address   1544 Old Alabama Road
          Number    Street
          Roswell            GA            30076
          City               State         ZIP Code

Contact phone   (312) 346-9088 X5188                    Email   Dana.OBrien@mccalla.com

Official Form 410S1          **Notice of Mortgage Payment Change**                    page 2

|  | Bankruptcy Case No.: 17-30357-kmp |
|---|---|
| In Re: | Chapter: 13 |
| Daniel G Steffes | Judge: Katherine M. |
| April L Steffes | Perhach |

CERTIFICATE OF SERVICE

I, Dana O'Brien, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Daniel G Steffes
3036 Clayton Ave
East Troy, WI 53120

April L Steffes
3036 Clayton Ave
East Troy, WI 53120

Andrew M. Golanowski          (served via ECF Notification)
Geraci Law, L.L.C.
55 E. Monroe St. Suite #3400
Chicago, IL 60603

Scott A. Lieske, Trustee          (served via ECF Notification)
P.O. Box 510920
Milwaukee, WI 53701-0631

U.S. Trustee          (served via ECF Notification)
Office of the U. S. Trustee
517 East Wisconsin Ave.
Room 430
Milwaukee, WI 53202

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   10/20/2020     By:   /s/Dana O'Brien
               (date)                Dana O'Brien
                                     Authorized Agent for Creditor



Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603 0826
For Inquiries: (800) 365-7107

Final

Analysis Date: September 30, 2020
Loan:

DANIEL STEFFES
APRIL POGORZELSKI
3036 Clayton Ave
East Troy WI 53120

Property Address:
3036 Clayton Ave
East Troy, WI 53120

## Annual Escrow Account Disclosure Statement - Account History

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Dec 01, 2020 | Prior Esc Pmt | December 01, 2019 | Escrow Balance Calculation | |
|---|---|---|---|---|---|---|
| P & I Pmt: | $980.13 | $980.13 | P & I Pmt: | $980.13 | Due Date: | August 01, 2019 |
| Escrow Pmt: | $290 07 | $288.65 | Escrow Pmt: | $290 07 | Escrow Balance: | $6,224 93 |
| Other Funds Pmt: | $0 00 | $0 00 | Other Funds Pmt: | $0 00 | Anticipated Pmts to Escrow: | $4,641.12 |
| Asst. Pmt (-): | $0 00 | $0 00 | Asst. Pmt (-): | $0 00 | Anticipated Pmts from Escrow (-): | $0 00 |
| Reserve Acct Pmt: | $0 00 | $0 00 | Resrv Acct Pmt: | $0 00 | | |
| Total Payment: | $1,270 20 | $1,268.78 | Total Payment: | $1,270 20 | Anticipated Escrow Balance: | $10,866.05 |

| Shortage/Overage Information | Effective Dec 01, 2020 |
|---|---|
| Upcoming Total Annual Bills | $3,463.83 |
| Required Cushion | $577.31 |
| Required Starting Balance | $3,752.49 |
| Escrow Shortage | $0.00 |
| Surplus | $7113.56 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 577.31. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 577.31 or 1/6 of the anticipated payment from the account.

This is a statement of actual activity in your escrow account from Dec 2019 to Nov 2020. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | 3,770 95 | (5,455.10) |
| Dec 2019 | 290.07 | | 127.53 | 3,334 90 * | Inc Village Tax | 3,933.49 | (8,790 00) |
| Dec 2019 | | | 3,353.34 | 128.93 * | Inc Village Tax | 580.15 | (8,918 93) |
| Jan 2020 | 290.07 | 290.07 | | | | 870 22 | (8,628 86) |
| Feb 2020 | 290.07 | 290.07 | | | | 1,160 29 | (8,338.79) |
| Mar 2020 | 290.07 | 290.07 | | | | 1,450 36 | (8,048.72) |
| Apr 2020 | 290.07 | 290.07 | | | | 1,740.43 | (7,758.65) |
| May 2020 | 290.07 | 290.07 | | | | 2,030 50 | (7,468 58) |
| Jun 2020 | 290.07 | 290.07 | | | | 2,320 57 | (7,178 51) |
| Jul 2020 | 290.07 | 290.07 | | | | 2,610.64 | (6,888.44) |
| Jul 2020 | | | | 802.99 * | Escrow Only Payment | 2,610.64 | (7,691.43) |
| Jul 2020 | | | | 404.18 * | Escrow Only Payment | 2,610.64 | (8,095.61) |
| Aug 2020 | 290.07 | 290.07 | | | | 2,900.71 | (7,805 54) |
| Sep 2020 | 290.07 | 290.07 | | | | 3,190.78 | (7,515.47) |
| Oct 2020 | 290.07 | | | * | | 3,480 85 | (7,515.47) |
| Nov 2020 | 290.07 | | | * | | 3,770 92 | (7,515.47) |
| | | | | | Anticipated Transactions | 3,770 92 | (7,515.47) |
| Nov 2020 | | 4,641.12 P | | | | | (2,874 35) |
| | $3,480.84 | $7,251.75 | $3,480.87 | $4,671.00 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.
P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

Shellpoint Mortgage Servicing

For Inquiries: (800) 365-7107

Final

Analysis Date: September 30, 2020

Loan:

### Annual Escrow Account Disclosure Statement - Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 10,866 05 | 3,752.49 |
| Dec 2020 | 288.65 | 128.93 | Inc Village Tax | 11,025.77 | 3,912.21 |
| Dec 2020 | | 3,334 90 | Inc Village Tax | 7,690 87 | 577.31 |
| Jan 2021 | 288.65 | | | 7,979 52 | 865.96 |
| Feb 2021 | 288.65 | | | 8,268.17 | 1,154.61 |
| Mar 2021 | 288.65 | | | 8,556 82 | 1,443.26 |
| Apr 2021 | 288.65 | | | 8,845.47 | 1,731.91 |
| May 2021 | 288.65 | | | 9,134.12 | 2,020.56 |
| Jun 2021 | 288.65 | | | 9,422.77 | 2,309.21 |
| Jul 2021 | 288.65 | | | 9,711.42 | 2,597.86 |
| Aug 2021 | 288.65 | | | 10,000 07 | 2,886.51 |
| Sep 2021 | 288.65 | | | 10,288.72 | 3,175.16 |
| Oct 2021 | 288.65 | | | 10,577 37 | 3,463.81 |
| Nov 2021 | 288.65 | | | 10,866 02 | 3,752.46 |
| | $3,463.80 | $3,463.83 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your ending balance from the last month of the account history (escrow balance anticipated) is 10,866.05. Your starting
balance (escrow balance required) according to this analysis should be $3,752.49. This means you have a surplus of 7,113.56.
This surplus must be returned to you unless it is less than $50 00, in which case we have the option of retaining in your escrow account.
it and lowering your monthly payments accordingly. As the loan is delinquent, we will not be sending a check for the surplus.

A check will be mailed within 30 days from the date of the analysis if your loan is current.

We anticipate the total of your coming year bills to be 3,463.83. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

**New Escrow Payment Calculation**

| | |
|---|---|
| Unadjusted Escrow Payment | $288.65 |
| Surplus Reduction: | $0 00 |
| Shortage Installment: | $0 00 |
| Rounding Adjustment Amount: | $0 00 |
| Escrow Payment: | $288.65 |

**TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED, DISMISSED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS NOTICE IS FOR COMPLIANCE AND INFORMATION PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR ANY ATTEMPT TO COLLECT ANY SUCH OBLIGATION.**