B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Wisconsin

In re Daniel G Steffes; April L Steffes; fka April Pogorzelski, Case No. 17-30357-kmp

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank Trust National Association, as Trustee of LB-Igloo Series IV Trust
Name of Transferee

Legacy Mortgage Asset Trust 2017-GS1
Name of Transferor

Name and Address where notices to transferee should be sent:
c/o SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

Phone: 800.603.0836
Last Four Digits of Acct #: 8584

Court Claim # (if known): 8-1
Amount of Claim: $205,988.60
Date Claim Filed: 01/02/2018

Phone:
Last Four Digits of Acct. #: 8542

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Jon J. Lieberman
    Transferee/Transferee's Agent

Date: 07/13/2021

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.