# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

IN RE:  
DANIEL G STEFFES  
APRIL L STEFFES

Case No. 17-30357-KMP

Chapter 13

NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Scott Lieske files this Notice of Final Cure Payment. The amount required to complete the plan has been received by the Trustee.

**Name of Creditor:** U.S. BANK TRUST NATIONAL ASSOCIATION AS TF

| Final Cure Amount | | | | |
|---|---|---|---|---|
| Court Claim # | Trustee Claim # | Account # | Claim Allowed | Amount Paid |
| -8-1 | 002-0 | 8584 | $ 25,292.52 | $ 25,292.52 |

Direct Amount Paid by Debtor: Unknown

Total Amount Paid by Trustee: $25,292.52

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid: Direct by the Debtor(s)

<u>Within 21 days of the service of the Notice of Final Cure Payment</u>, the creditor <u>MUST</u> file with the U.S. Bankruptcy Court and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s) Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating:

1) Whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and

2) Whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

Dated: June 21, 2022

{17-30357 -8-1}{NFC}STEFFES  
Do Not Write On

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

IN RE:  
    DANIEL G STEFFES  
    APRIL L STEFFES

Case No. 17-30357-KMP

Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2022, the Trustee's **NOTICE OF FINAL CURE PAYMENT** was electronically filed with the Clerk of Court and served upon the following parties using the ECF system:

    OFFICE OF THE U.S. TRUSTEE

    GERACI LAW L.L.C.

The undersigned further certifies that this notice was mailed by United States Postal Service to the following non-ECF participants:

    U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE  
    OF THE IGLOO SERIES IV TRUST  
    C/O SN SERVICING CORP, 323 FIFTH STREET  
    EUREKA, CA 95501-

    DANIEL G STEFFES & APRIL L STEFFES  
    3036 CLAYTON AVE  
    EAST TROY, WI 53120

Dated: June 21, 2022

    */s/ Janet Mierendorf*  
    Janet Mierendorf  
    Office of the Chapter 13 Trustee  
    Scott Lieske  
    P O Box 510920  
    Milwaukee, WI 53203  
    Phone: 414-271-3943  
    Fax: 414-271-9344  
    Email: info@chapter13milwaukee.com

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

IN RE:  
    DANIEL G STEFFES  
    APRIL L STEFFES

Case No. 17-30357-KMP

Chapter 13

NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Scott Lieske files this Notice of Final Cure Payment. The amount required to complete the plan has been received by the Trustee.

**Name of Creditor:** U.S. BANK TRUST NATIONAL ASSOCIATION AS TF

| Final Cure Amount | | | | |
|---|---|---|---|---|
| Court Claim # | Trustee Claim # | Account # | Claim Allowed | Amount Paid |
| -8-1 | 022-0 | 8584 | $ 121.00 | $ 0.00 |

Direct Amount Paid by Debtor:    Unknown

Total Amount Paid by Trustee:    $0.00*  
   *This claim may not have been paid in full by the Trustee due to the terms of the confirmed Chapter 13 Plan.

| Monthly Ongoing Mortgage Payment |
|---|
| Mortgage is Paid:    Direct by the Debtor(s) |

    <u>Within 21 days of the service of the Notice of Final Cure Payment,</u> the creditor <u>MUST</u> file with the U.S. Bankruptcy Court and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s) Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating:

    1) Whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and

    2) Whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

    The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

Dated: June 21, 2022

{17-30357 -8-1}{NFC}STEFFES

Do Not Write On

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

IN RE:
    DANIEL G STEFFES
    APRIL L STEFFES

Case No. 17-30357-KMP

Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2022, the Trustee's **NOTICE OF FINAL CURE PAYMENT** was electronically filed with the Clerk of Court and served upon the following parties using the ECF system:

    OFFICE OF THE U.S. TRUSTEE

    GERACI LAW L.L.C.

The undersigned further certifies that this notice was mailed by United States Postal Service to the following non-ECF participants:

    U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE
    OF THE IGLOO SERIES IV TRUST
    C/O SN SERVICING CORP, 323 FIFTH STREET
    EUREKA, CA 95501-

    DANIEL G STEFFES & APRIL L STEFFES
    3036 CLAYTON AVE
    EAST TROY, WI 53120

Dated: June 21, 2022

    */s/ Janet Mierendorf*
    Janet Mierendorf
    Office of the Chapter 13 Trustee
    Scott Lieske
    P O Box 510920
    Milwaukee, WI 53203
    Phone: 414-271-3943
    Fax: 414-271-9344
    Email: info@chapter13milwaukee.com